# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCUS McKNIGHT, III,<br>and ELIZABETH McKNIGHT, h/w, | : <br> : <br> : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO.: |
| | : |
| COUNTY OF CUMBERLAND and<br>IAN GREENE, | : <br> : |
| | : |
| Defendants. | : |

## DEFENDANTS, COUNTY OF CUMBERLAND AND IAN GREENE'S NOTICE OF REMOVAL

Defendants, County of Cumberland ("Defendant Cumberland County") and Ian Greene ("Defendant Greene") ("Moving Defendants"), hereby gives notice of removal of this action from the Court of Common Pleas of Cumberland County, Pennsylvania to the United States District Court for the Middle District of Pennsylvania, and in support thereof aver as follows:

1.     On April 15, 2026, Plaintiff filed the present action in the proper state court, namely the Court of Common Pleas of Cumberland County, Pennsylvania, No: 2026-04246. *See* Court of Common Pleas of Cumberland County Docket 2026-04246, attached hereto as Exhibit A.

1

2.    In his Complaint, Plaintiff alleges violations of his rights under the United States Constitution pursuant to 42 U.S.C. § 1983 against Moving Defendants. *See* Complaint, attached hereto as Exhibit B.

3.    Plaintiff also alleges state law claims of negligence and loss of consortium against Moving Defendants, as well as state law claims of state created danger, assault and battery against Defendant Greene. *Id.*

4.    Moving Defendants submit that the present lawsuit is removable from State Court to the United States District Court for the Middle District of Pennsylvania, pursuant to 28 U.S.C. §1331, §1441(a), §1443, and §1367 in that United States District Courts shall have original jurisdiction of all civil actions arising under the Constitution of the United States, *see Baldi v. City of Philadelphia*, 609 F.Supp. 162 (E.D.Pa. 1985), and that the Court may exercise pendent jurisdiction over the state law claims as they arise from the same controversy as the Federal claims.

5.    This notice of removal is timely because less than thirty days have elapsed since Plaintiff served Defendants with the Complaint. *See*, Exhibit A, docket entry number 1.

6.    A copy of this Notice will be filed with the Prothonotary of the Court of Common Pleas of Cumberland County, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants, County of Cumberland and Ian Greene, respectfully requests that the above-captioned action now pending in the Common Pleas of Cumberland County, be removed to the United States District Court for the Middle District of Pennsylvania.

Respectfully submitted,

**MACMAIN LEINHAUSER PC**

Dated: <u>May 18, 2026</u>    By:    */s/ David J. MacMain*
David J. MacMain
Attorney I.D. No. 59320
433 W. Market Street, Suite 200
West Chester, PA 19382
dmacmain@macmainlaw.com
484-318-7703
*Attorney for Defendant, Ian Greene*

**WILSON ELSER**

By:    */s/ William McDevitt*
William McDevitt
Attorney I.D. No 80206
Two Commerce Square
2001 Market Street, Suite 3100
Philadelphia, PA 19103
William.McDevitt@wilsonelser.com
215-606-3979
*Attorney for Defendant, County of Cumberland*

3

## CERTIFICATE OF SERVICE

I, David J. MacMain, Esquire, hereby certify that on this 18th day of May, 2026, the foregoing was filed electronically and is available for viewing and downloading from the ECF system of the United States District Court for the Middle District of Pennsylvania.

The following parties received notification of this via e-mail:

E. Douglas DiSandro, Jr., Esq.
Robert J. Mongeluzzi, Esq.
Andrew R. Duffy, Esq.
SALTZ MONGELUZZI BENDESKY PC
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
*Attorneys for Plaintiffs*

William McDevitt, Esq.
Wilson Elser
Two Commerce Square
2001 Market Street, Suite 3100
Philadelphia, PA 19103
*Attorney for Defendant, County of Cumberland*

**MACMAIN LEINHAUSER PC**

By:    */s/ David J. MacMain*
David J. MacMain
Attorney I.D. No. 59320
433 W. Market Street, Suite 200
West Chester, PA 19382
dmacmain@macmainlaw.com
484-318-7703
*Attorney for Defendant Ian Greene*

4