## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARCUS MCKNIGHT, III and ELIZABETH MCKNIGHT, h/w, | : | |
| Plaintiffs, | : | |
| | : | CASE NO: |
| v. | : | 1:26-cv-01355-KMN |
| | : | |
| COUNTY OF CUMBERLAND and IAN GREENE, | : | (KELI M. NEARY, J.) |
| | : | |
| Defendants. | | |

### STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED and AGREED by and between E. Douglas DiSandro, Jr., Esquire, counsel for Plaintiffs Marcus McKnight, III and Elizabeth McKnight, husband and wife, and William F. McDevitt, Esquire, counsel for Defendant County of Cumberland, and David MacMain, Esquire, counsel for Defendant Ian Greene, that the time within which Defendants may file a response to Plaintiffs' Complaint is hereby extended up to and including Wednesday, June 17, 2026.

**SALTZ MONGELUZZI BENDESKY**          **MACMAIN LEINHAUSER PC**

By: *E. Douglas DiSandro, Jr./s/*          By: *David J. MacMain/s/*
    E. Douglas DiSandro, Jr., Esquire              David J. MacMain
    1650 Market Street              433 W. Market Street
    52nd Floor              Suite 200
    Philadelphia, PA 19103              West Chester, PA 19382
    (267) 489-1193              (484) 318-7106

    Attorneys for Plaintiffs              Attorneys for Defendant
                                               Ian Greene

13079408-1

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP**

By: _William f. McDevitt/s/_
William F. McDevitt, Esquire
Two Commerce Square
2001 Market Street, Suite 3100
Philadelphia, PA 19103
(215) 627-6900

Attorneys for Defendant
County of Cumberland

**APPROVED BY THE COURT:**

/s/ Keli M. Neary

KELI M. NEARY, J.

13079408-1