## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARCUS MCKNIGHT, III and** | : | **CIVIL ACTION NO. 1:26-CV-1355** |
| **ELIZABETH MCKNIGHT,** | : | |
| | : | **(Judge Neary)** |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **COUNTY OF CUMBERLAND and** | : | |
| **IAN GREENE,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 2nd day of July, 2026, upon consideration of the motion (Doc. 12) to dismiss filed by defendant County of Cumberland, and further upon consideration of the amended complaint (Doc. 15) filed by plaintiffs, and the court observing that an amended pleading, unless it "specifically refers to or adopts the earlier pleading," supersedes the original as the operative pleading for the lawsuit, W. Run Student Hous. Assocs., LLC v. Huntington Nat'l Bank, 712 F.3d 165, 171 (3d Cir. 2013) (quoting New Rock Asset Partners, L.P. v. Preferred Entity Advancements, Inc., 101 F.3d 1492, 1504 (3d Cir. 1996)); see also 6 CHARLES ALAN WRIGHT AND ARTHUR R. MILLER, ET AL., FEDERAL PRACTICE AND PROCEDURE § 1476 (3d ed. 2018), and the court thus finding that the amended complaint renders the original complaint a legal nullity, it is hereby ORDERED that:

1.  Cumberland County's motion (Doc. 12) to dismiss the complaint (Doc. 1-4) is DENIED as moot and without prejudice.

2.  The defendants shall respond to the amended complaint (Doc. 15) in accordance with the Federal Rules of Civil Procedure.


/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania

2