MacMain Leinhauser

**David J. MacMain**
*Managing Partner*
dmacmain@macmainlaw.com
Direct: 484-318-7703

433 W. Market Street, Suite 200
West Chester, PA 19382

October 9, 2026

**Via ECF**
Honorable Keli M. Neary
United States District Court
For the Middle District of Pennsylvania

**Re:** ***McKnight v Cumberland County, et al.***
**U.S.D.C. for the Middle District of Pennsylvania**
**Docket No. 26-cv-01355**

Dear Judge Neary:

I apologize for the informality of this letter; however, I write with a time sensitive request on behalf of all parties. As per the voicemail that I just left with your Courtroom Deputy, the parties have settled this case and thus the pending Motions to Dismiss, filed by Cumberland County, who is represented by William McDevitt, and the pending Motion to Dismiss which I filed on behalf of Ian Greene need not be decided (ECFs 19 and 17, respectively).

Thank you for your courtesies, and counsel remains available for a phone conference if Your Honor wishes. We will file the necessary notices withdrawing the Motions with The Court in short order.

Respectfully,

David J. MacMain

DJM/jml

cc: All Counsel of Record via ECF