**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARCUS McKNIGHT, III and<br>ELIZABETH McKNIGHT, h/w<br><br>Plaintiffs. | : | |
| v. | : | 1:26-cv-01355-KMN |
| COUNTY OF CUMBERLAND and<br>IAN GREENE,<br><br>Defendants. | : | |

**<u>NOTICE OF WITHDRAWAL OF MOTION</u>**

Defendant Ian Greene, by and through his undersigned counsel, MacMain Leinhauser PC, hereby files this Notice to Withdraw his pending Partial Motion to Dismiss Plaintiffs' Amended Complaint, accompanying Brief, and Reply Brief (ECFs 17, 18, and 22).

Respectfully submitted,

**MacMAIN LEINHAUSER PC**

Dated: <u>October 9, 2026</u>

By: *<u>/s/ David J. MacMain</u>*

David J. MacMain
Jake C. Shane
Attorney I.D. Nos. 59320 / 337805
433 W. Market Street, Suite 200
West Chester, PA 19382
484-318-7106
dmacmain@macmainlaw.com
jshane@macmainlaw.com
*Attorneys for Defendant Ian Greene*

**CERTIFICATE OF SERVICE**

I, David J. MacMain, hereby certify that on this 9th day of October, 2026, the foregoing was filed electronically and is available for viewing and downloading from the Court's ECF system; a copy was served on the following parties of record via ECF notification:

E. Douglas DiSandro, Jr., Esq.
Robert J. Mongeluzzi, Esq.
Andrew R. Duffy, Esq.
SALTZ MONGELUZZI BENDESKY PC
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
ddisandro@smbb.com
rmongeluzzi@smbb.com
aduffy@smbb.com
*Attorneys for Plaintiffs*

William F. McDevitt, Esq.
WILSON ELSER
Two Commerce Square
2001 Market Street, Suite 3100
Philadelphia, PA 19103
william.mcdevitt@wilsonelser.com
*Attorney for Co-Defendant, County of Cumberland*

**MacMAIN LEINHAUSER PC**

By: */s/ David J. MacMain*
David J. MacMain
Attorney I.D. No. 59320
433 W. Market Street, Suite 200
West Chester, PA 19382
dmacmain@macmainlaw.com
484-318-7106
*Attorney for Defendant Ian Greene*