**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARCUS MCKNIGHT, III and ELIZABETH MCKNIGHT, h/w, Plaintiffs, | : | |
| v. | : | CASE NO: 1:26-cv-01355-KMN |
| COUNTY OF CUMBERLAND and IAN GREENE, Defendants. | : | (KELI M. NEARY, J.) |

**DEFENDANT COUNTY OF CUMBERLAND'S**
**NOTICE OF WITHDRAWAL OF DOCKET NOS. 19 and 20**
**(JOINDER TO PARTIAL MOTION TO DISMISS**
**OF CO-DEFENDANT IAN GREENE AND**
**PARTIAL MOTION TO DISMISS COUNT VI**
**OF AMENDED COMPLAINT)**

Moving Defendant County of Cumberland (alternatively "Moving Defendant" and "County"), by and through its counsel, Wilson Elser Moskowitz Edelman and Dicker, LLP, hereby withdraws the Motion submitted under Docket 19 and related filings under Docket 20 of the above captioned matter relating to the July 22, 2026 Joinder of Partial Motion for Summary of Co-Defendant Ian Greene and Partial Motion to Dismiss Count VI of the Amended Complaint). Moving Defendants and their counsel respectfully request that the Court NOT issue any ruling on Dockets 19 or 20.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER LLP**

By: *William f. McDevitt/s/*

17644309-1

William F. McDevitt, Esquire
Two Commerce Square
2001 Market Street, Suite 3100
Philadelphia, PA 19103
(215) 627-6900

Dated: <u>October 9, 2026</u>

Attorneys for Defendant
County of Cumberland

17644309-1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Defendant County Of Cumberland's Notice of Withdrawal of Dockets 19 and 20 relating to the Joinder To Partial Motion To Dismiss Of Co-Defendant Ian Greene And Partial Motion To Dismiss Count VI of Amended Complaint, was filed electronically with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

By: /S/ William McDevitt
William F. McDevitt, Esquire
*Attorney for Defendant*
*County of Cumberland*

Dated: October 9, 2026

# CERTIFICATE OF COMPLIANCE

Undersigned Counsel for Defendant County of Cumberland hereby certifies that foregoing Motion to Dismiss complies with Local Rule 5.1.3 regarding personal identification information.

By: *_/s/William F. McDevitt_*
William F. McDevitt, Esquire

Dated: October 9, 2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARCUS MCKNIGHT, III and ELIZABETH MCKNIGHT, h/w, | : | |
| Plaintiffs, | : | |
| | : | CASE NO: 1:26-cv-01355-KMN |
| v. | : | |
| | : | |
| COUNTY OF CUMBERLAND and IAN GREENE, | : | (KELI M. NEARY, J.) |
| | : | |
| Defendants. | : | |

17644309-1